UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

Nicholas Bosnak, et al.,

    Plaintiffs,

    v.     Case No. 2:15-CV-304 JVB

Lake County, Indiana, et al.,

    Defendants.

## ORDER

Magistrate Judge John Martin issued a Report and Recommendation that Plaintiff Christopher Recupido be dismissed without prejudice from this case as a result of his death. No party has objected to this Report and Recommendation. Accordingly, the Court accepts it (DE 29) and dismisses Plaintiff Christopher Recupido without prejudice.

SO ORDERED on July 11, 2017.

    s/ Joseph S. Van Bokkelen
    JOSEPH S. VAN BOKKELEN
    UNITED STATES DISTRICT JUDGE
    HAMMOND DIVISION